FILED

01/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0455

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0455

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RONALD JOSEPH VALLIE JR.,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 7, 2022, within which to prepare, serve, and file its response.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2022